IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STACY O. JACKSON                                                                    PLAINTIFF

V.                          CASE NO. 5:22-CV-05217

BANK OF AMERICA                                                                DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 5) filed in this case on October 20, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** due to lack of subject matter jurisdiction.

**IT IS SO ORDERED** on this 8th day of November, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE